UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,<br><br>  Respondent. | CASE NO. CV 11-2458 LHK<br><br>**DEATH PENALTY**<br><br>ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO SELECTION BOARD FOR APPOINTMENT OF COUNSEL |

Petitioner, who is under a sentence of death, has filed an application for appointment of counsel and a notice of intention to file a petition for writ of habeas corpus. Pursuant to 28 U.S.C. § 2251(a) and Local Rules 2254-24 and 2254-25,

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and setting an execution date, are stayed.

IT IS FURTHER ORDERED that this matter be referred to the Capital Case Committee for the United States District Court, Northern District of California, for counsel to be appointed to represent petitioner in these proceedings. Petitioner requests appointment of Gary D. Sowards of the Habeas Corpus Resource Counsel to represent him.

Petitioner also requests scheduling of a case management conference for the purpose of

establishing a litigation schedule for the filing of the petition, answer and traverse in this matter. Regarding this request, the court hereby ORDERS as follows:

    1) Within thirty days of the appointment of counsel for petitioner, counsel for petitioner and counsel for respondent are ordered to meet and confer regarding a litigation schedule for the filing of the petition, answer and traverse.

    2) After meeting and conferring, the parties are ordered to schedule a telephonic case management conference with the court. At least seven days prior to the date for the CMC, the parties are ordered to submit their joint proposed litigation schedule, as well as a joint statement addressing any additional case management issues the parties would like to the court to address during the CMC.

    The Clerk of the Court shall serve a certified copy of this order on petitioner Delaney Geral Marks; respondent Michael Martel, Acting Warden of San Quentin Prison; the Clerk of the Alameda County Superior Court; Kamala Harris, Attorney General of the State of California; Sharon Wooden, Deputy Attorney General; Gary D. Sowards, Esq., Habeas Corpus Resource Center; and Michael Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: 5/24/11

Lucy H. Koh  
United States District Judge