FILED
DEC 19 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Delaney MARKS,<br><br>    Petitioner,<br><br>v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No.: 5:11-2458 LHK<br><br>**DEATH-PENALTY CASE**<br><br>ORDER APPOINTING COUNSEL |

Pursuant to Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, and good cause appearing therefore, the Court hereby appoints Habeas Corpus Resource Center, staffed specifically by attorneys Michael Laurence and Gary Sowards, to represent Petitioner Delany Marks.

*It is so ordered.*

DATED: 12/19/11

LUCY H. KOH
United States District Judge

Case No. 5:11-2458 LHK
ORDER APPOINTING COUNSEL