IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**DELANEY GERAL MARKS,**

Petitioner,

v.

**MICHAEL MARTEL, Warden,**

Respondent.

**CAPITAL CASE**

Case No. CV 11 2458 LHK

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June 26, 2012, to file its answer to the petition for writ of habeas corpus. The Case Management Conference scheduled for July 11, 2012 will take place on August 29, 2012.

Dated:  5/14/12

*(signature)* The Honorable Lucy H. Koh

1

[~~Proposed~~] Order – *Marks v. Martel, Warden* – (CV 11-2458 LHK)