1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12  **DELANEY GERAL MARKS,**                    **CAPITAL CASE**

13                              Petitioner,     Case No. CV 11 2458 LHK

14          **v.**                             **[~~PROPOSED~~] ORDER**

15

16  **MICHAEL MARTEL, Warden,**

17                              Respondent.

18

19         GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 17,

20  2012, to file its answer to the petition for writ of habeas corpus.  The Case Management

21  Conference scheduled for August 29, 2012 will take place on October 17, 2012 at 2:00 p.m..

22

23  Dated:   6/28/12                            *Lucy H. Koh*
24  _____         _____
                                        The Honorable Lucy H. Koh
25

26

27

28