UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELANEY GERAL MARKS, | ) | CASE NO. CV 11-2458 LHK |
| Petitioner, | ) ) | **DEATH PENALTY CASE** |
| v. | ) ) | ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
| KEVIN CHAPPELL, Acting Warden of California State Prison at San Quentin, | ) ) ) | |
| Respondent. | ) ) | |

GOOD CAUSE APPEARING, petitioner shall file the traverse in this matter on or before November 12, 2012. The Case Management Conference scheduled for October 17, 2012 is VACATED. The CMC will now take place on November 14, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: 9/26/12

Lucy H. Koh
United States District Judge