UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Acting Warden of California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 11-2458 LHK<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |

GOOD CAUSE APPEARING, petitioner shall file the traverse in this matter on or before November 19, 2012. The Case Management Conference scheduled for November 14, 2012 is VACATED. The CMC will now take place on November 21, 2012 at 11:00 a.m.

Pursuant to this Court's Order of February 28, 2012, the parties shall file, no later than seven (7) days prior to the CMC, a joint statement regarding the parties' position as to the status of claims subject to procedural default; and the scheduling of motions for evidentiary hearing, summary judgment, or other pleadings or motions necessary to resolve this petition.

**IT IS SO ORDERED.**

DATED: 11/14/12

_____
Lucy H. Koh
United States District Judge