IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELANEY GERAL MARKS,** <br><br> Petitioner, <br><br> v. <br><br> **KEVIN CHAPPELL, as Acting Warden,** <br><br> Respondent. | Case No. CV 11-2458 LHK <br><br> **DEATH PENALTY CASE** <br><br> [~~PROPOSED~~] **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

    This matter came on for further Case Management Conference ("CMC"), conducted telephonically, on November 21, 2012 at 11:00 a.m., before the above-entitled Court, the Honorable Lucy H. Koh, presiding. Petitioner Delaney Geral Marks was represented by his appointed counsel of record, the California Habeas Corpus Resource Center, appearing specifically through Gary D. Sowards. Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison, was represented by his counsel of record, the California Attorney General, appearing specifically through Deputy Attorney General Sharon Wooden.

    Pursuant to an order filed November 14, 2012 (ECF No. 31) the parties were instructed to meet and confer and thereafter file a proposed litigation schedule, as well as a joint statement regarding any other issues they wished the Court to address. On November 14, 2012, the parties filed the Parties' Joint Statement of Issues and Proposed Litigation Schedule for Further Case

Management Conference. ("Proposed Schedule," ECF No. 32.) The parties agreed that the applicability and adequacy of any state procedural bar may be litigated in the context of the motion(s) for summary judgment or evidentiary hearing, and proposed a litigation schedule to resolve the claims presented. (ECF No. 32, at 2-3.)

Based upon the parties' Proposed Schedule, counsel's responses to the Court's questions at the CMC, and GOOD CAUSE appearing, the Court adopts the following litigation schedule:

1. Within one hundred and twenty (120) days of the filing of this order, the parties will file cross-motions for summary judgment as to Claims Two, Three and Five in the petition;

2. Opposition to the parties' cross-motions for summary judgment shall be filed within sixty (60) days from the date of the filing of the summary judgment motions;

3. Replies, if any, may be filed within forty-five (45) days from the date the parties' oppositions are filed;

4. If the Court's disposition of the parties' cross-motions for summary judgment does not resolve the petition, Petitioner shall file any motion for evidentiary hearing within one hundred and twenty (120) days of the Court's final disposition of the summary judgment motions;

5. In the event the Court grants an evidentiary hearing on any claims in the petition, the parties shall meet and confer and propose to the Clerk a date, which is a Wednesday afternoon within forty-five (45) days from the filing of the order granting an evidentiary hearing, upon which they request the Court to conduct a further Case Management Conference;

6. No later than seven (7) days prior to the further Case Management Conference, the parties, through counsel, shall file a joint statement regarding the parties' position as to a proposed discovery schedule, proposed date for the evidentiary hearing, and other pleadings or motions necessary to resolve the petition.

Dated: 11/28/12

*Lucy H. Koh*
The Honorable Lucy H. Koh