# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KEVIN CHAPPELL, as Acting Warden of California State Prison at San Quentin,<br><br>　　　　　　Respondent. | Case No. CV 11-2458 LHK<br><br>DEATH PENALTY CASE<br><br>[~~Proposed~~] ORDER |

GOOD CAUSE APPEARING, Petitioner's Miscellaneous Administrative Request to Exceed Page Limitations for Summary Judgment Motion is GRANTED.

It is so Ordered.

DATED: 4/3/13

_____
LUCY H. KOH
United States District Judge

Submitted by:

*/ s / Gary D. Sowards*
Gary D. Sowards

Counsel for Petitioner Delaney Geral Marks