UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELLE, as Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. CV 11-2458 LHK<br><br>DEATH PENALTY CASE<br><br>[~~PROPOSED~~] ORDER ENLARGING TIME FOR FILING PARTIES' OPPOSITIONS TO CROSS-MOTIONS FOR SUMMARY JUDGMENT |

GOOD CAUSE APPEARING, the parties shall file the oppositions to the cross-motions for summary judgment on or before June 10, 2013.

**It is so Ordered.**

DATED:  5/30/13

_____
LUCY H. KOH
United States District Judge

[Proposed] Order Enlarging Time for Filing Parties' Oppositions to Cross-Motions for Summary Judgment
CV-11-2458 LHK

1

1
2 Submitted by:
3 Gary D. Sowards
4
5   / s / Gary D. Sowards
6 Gary D. Sowards
7 Counsel for Petitioner Delaney Geral Marks
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28