UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 11-CV-02458-LHK<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

In light of the Court's order granting Respondent's motion for summary judgment as to Claims 2, 3, and 5 of the petition for writ of habeas corpus, ECF No. 52, the Court hereby sets a further case management conference for July 16, 2015, at 1:30 p.m. The parties shall file a joint case management statement by July 9, 2015.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge