# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, as Acting Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No.  CV 11-02458 LHK<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER MODIFYING FURTHER CASE MANAGEMENT SCHEDULE |

GOOD CAUSE APPEARING, the Order Setting Further Case Management Conference, filed June 30, 2015, is modified to calendar the further case management conference for August 13, 2015, at 1:30 p.m. in Courtroom 8, 4th Floor, San Jose.  The parties shall file a joint case management statement by August 6, 2015.

**It is so Ordered.**

DATED:  July 6, 2015

_____
HON. LUCY H. KOH
United States District Judge

Submitted by:

Gary D. Sowards

[Proposed] Order Modifying Further
Case Management Schedule
CV-11-02458 LHK

1

| | |
|---|---|
| 1 | |
| 2 |      / s / Gary D. Sowards |
| 3 | Gary D. Sowards |
| 4 | Counsel for Petitioner Delaney Geral Marks |

2

[Proposed] Order Modifying Further
Case Management Schedule
CV-11-02458 LHK