UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>  Petitioner,<br><br>  v.<br><br>RON DAVIS, Acting Warden of California State Prison at San Quentin,<br><br>  Respondent. | Case No. 11-CV-02458-LHK<br><br>**DEATH PENALTY CASE**<br><br>**CASE MANAGEMENT ORDER** |

In accordance with the case management conference held on August 13, 2015, the Court hereby ORDERS the following:

1)   The parties will brief the merits of the following claims: 1, 4, 6, 7, 8, 9, 10, and 11.

2)   Cross-opening briefs shall be filed on or before December 15, 2015.  Cross-responses shall be filed on or before February 12, 2016.

3)   Each brief shall be no more than 60 pages.

4)   Any request to file a brief of longer than 60 pages should be filed no later than seven days before the due date of the brief.  Any such requests are strongly discouraged.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 11-CV-02458-LHK
CASE MANAGEMENT ORDER

2