UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN R. CHAPPEL,<br><br>    Defendant. | Case No. 11-CV-02458-LHK<br><br>**ORDER RE *PRO SE* FILINGS**<br><br>Re: Dkt. Nos. 66, 67 |

Petitioner Delaney Geral Marks ("Petitioner"), who is represented by counsel, recently filed two *pro se* documents. *See* Dkt. Nos. 66 and 67. In the documents, Petitioner contends that Petitioner is being "failed by attorney and suffering . . . cruelty." Within fourteen days of the date of this Order, Petitioner's counsel are ORDERED to file a response to Petitioner's *pro se* filings. This response should be no more than five pages in length.

**IT IS SO ORDERED.**

Dated: May 19, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No. 11-CV-02458-LHK
ORDER RE *PRO SE* FILINGS