UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELANEY GERAL MARKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden, California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 11-CV-02458-LHK<br><br>**ORDER RE *PRO SE* FILINGS**<br><br>Re: Dkt. Nos. 66, 67 |

In 1994, Petitioner Delaney Geral Marks ("Petitioner") was convicted of two counts of first degree murder with personal use of a firearm, and two counts of attempted premeditated murder and infliction of great bodily injury, and sentenced to death. On December 14, 2011, Petitioner filed a petition for a writ of habeas corpus before this Court.

Petitioner, who is represented by counsel, recently filed two *pro se* pleadings: an Amended Petition and a letter to the Court. For the following reasons, the claims within Petitioner's *pro se* pleadings are DENIED WITHOUT PREJUDICE.

As a capital prisoner, Petitioner has a statutory right to counsel in these proceedings. 18 U.S.C. § 3599(a)(2). That includes the right "for that counsel meaningfully to research and present [his] habeas claims." *MacFarland v. Scott*, 512 U.S. 849, 858 (1994). Petitioner does not,

1

Case No. 11-CV-02458-LHK
ORDER RE *PRO SE* FILINGS

however, have a right to dictate tactics in the pursuit of his habeas petition. *United States v. Mayo*, 646 F.2d 369, 375 (9th Cir. 1981). Nor does he have a "a constitutional right to compel appointed counsel to press nonfrivolous points requested by [him], if counsel, as a matter of professional judgment, decided not to present those points." *Jones v. Barnes*, 463 U.S. 745, 751 (1983).

The Court is confident that Petitioner is represented by highly qualified counsel. Petitioner has not alleged a genuine conflict of interest with his counsel, who are vigorously pursuing his claims. Accordingly, any substantive pleadings should be filed through Petitioner's court-appointed counsel. All of the claims raised within Petitioner's *pro se* pleadings are therefore DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 14, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 11-CV-02458-LHK
ORDER RE *PRO SE* FILINGS

2